**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GARVIN BEDFORD**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 10196 |
| | ) | |
| **UNITED AIRLINES, INC.**, | ) | |
| an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On August 11, 2017 this Court granted the motion of defendant United Airlines, Inc. ("United") for summary judgment against Garvin Bedford ("Bedford"). Now attorney Robert McKenzie ("McKenzie"), the trial bar member who had been designated to act and who had acted as Bedford's counsel, and two members of McKenzie's law firm -- Sharilee Smentek and Joseph Hoolihan -- who have assisted McKenzie in that representation have filed a motion (Dkt. No. 111) for leave to withdraw from the case and to terminate their pro bono representation on Bedford's behalf.

In that respect the movants have represented (1) that Bedford has agreed to counsel's withdrawal and termination of counsel's representation and (2) that, in paragraph 4 of the motion:

> Appointed Counsel has advised Mr. Bedford of the September 8, 2017 deadline to file a motion challenging the judgment pursuant to Federal Rule of Civil Procedure 59, and the September 10, 2017 deadline to file any appeal.

Based on those representations, this Court grants the Dkt. No. 111 motion. But one further filing by United, its bill of costs and supporting memorandum (Dkt. No. 113) obligates the

withdrawing counsel to apprise Bedford of his responsibility in connection with that subject, and this Court orders that counsel advise Bedford in that respect as their final service to him.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 8, 2017